Brian Keith WAUGH, Plaintiff–Appellant,

v.

SOUTHEASTERN GUN COMPANY, Defendant–Appellee.

No. 11–1984.

United States Court of Appeals, Fourth Circuit.

Submitted: Jan. 31, 2012.

Decided: Feb. 2, 2012.

Brian Keith Waugh, Appellant Pro Se.

Before NIEMEYER, KING, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Brian Keith Waugh appeals the district court's orders dismissing without prejudice his civil rights complaint against the Defendant, and denying his self-styled mo-

tions to alter judgment and to set aside order to dismiss without prejudice. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's orders. *Waugh v. Southeastern Gun Co.*, No. 8:11–cv–01741–AW (D. Md. July 15, 2011; Aug. 15, 2011; Sept. 8, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*